UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

                                      Civil No. 20-13293

vs.

                                      Hon. David M. Lawson

**INTERNATIONAL UNION, UNITED**
**AUTOMOBILE, AEROSPACE, AND**
**AGRICULTURAL IMPLEMENT**
**WORKERS OF AMERICA,**

    **Defendant.**

_____/

## **JOINT MOTION FOR ENTRY OF CONSENT ORDER**

The United States of America, jointly with the International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America (hereinafter "UAW"), respectfully move the Court for the entry of a Consent Order according to the parties' settlement. In support of the motion, the parties state the following:

1. On December 14, 2020, the United States of America filed a Complaint against the UAW seeking relief pursuant to 18 U.S.C. § 1345, the Anti-Fraud Injunction Act.

2. The parties have reached a settlement in this case. More specifically, the parties request that the Court enter the proposed

1

Consent Order, which is signed by the parties and is attached to this

motion as Exhibit 1.

Respectfully submitted,

Matthew Schneider
United States Attorney

/s/ Steven P. Cares
Assistant United States Attorney
United States Attorney's Office
Eastern District of Michigan
211 West Fort Street, Suite 2001
Detroit, MI 48226
Phone: (313) 226-9139
Email: steven.cares@usdoj.gov

/s/ David Gardey (with consent)
Assistant United States Attorney
United States Attorney's Office
Eastern District of Michigan
211 West Fort Street, Suite 2001
Detroit, MI 48226
Phone: (313) 226-9591
Email: david.gardey@usdoj.gov

/s/ *Terence H. Campbell*  (with consent)
Attorney for the UAW
Cotsirilos, Tighe, Streicker, Poulos & Campbell
33 N. Dearborn St., Ste. 600
Chicago, IL  60602
Phone: (312) 263-0345
Email: tcampbell@cotsiriloslaw.com

Dated: December 14, 2020

## Certificate of Service

I hereby certify that on December 14, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

/s/ Steven P. Cares
Assistant United States Attorney
United States Attorney's Office
Eastern District of Michigan
211 West Fort Street, Suite 2001
Detroit, MI 48226
Phone: (313) 226-9139
Email: steven.cares@usdoj.gov