AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   20-cv-13293 |
| INTERNATIONAL UNION, UAW | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

International Union, United Automobile Aerospace, and Agricultural Implement Workers of America.

Date:   12/15/2020

/s/ Terence H. Campbell
*Attorney's signature*

Terence H. Campbell, Bar No. 6228959 (Illinois)
*Printed name and bar number*

Cotsirilos, Tighe, Streicker, Poulos & Campbell, Ltd.
33 North Dearborn Street
Suite 600
Chicago, IL 60602
*Address*

tcampbell@cotsiriloslaw.com
*E-mail address*

(312) 263-0345
*Telephone number*

(312) 263-4670
*FAX number*