UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA,

        Defendant.
_____/

Case Number 20-13293
Honorable David M. Lawson

## ORDER STRIKING IMPROPER FILING

On December 14, 2020, the government filed a joint motion for entry of a consent decree, which included a proposed order that the parties evidently wanted the Court to sign and enter. The filing of the proposed order was improper because such orders never should be filed by counsel on the electronic docket. E.D. Mich. LR 7.1 cmt. (citing Elec. Filing Pols. & Procs. R 11(a)). Proposed orders should be submitted to the Court through the CM/ECF Utilities function.

The Court also notes that no brief was submitted in support of the motion, as required by the local rules of this district. E.D. Mich. LR 7.1(d)(1)(A) ("Unless the court permits otherwise, each motion and response to a motion must be accompanied by a single brief."). The government represents that the motion is unopposed, but even so the Court expects counsel for all parties to be knowledgeable and compliant with rudimentary aspects of the applicable civil rules, including the local rules.

Accordingly, it is **ORDERED** that the government's proposed consent order (ECF No. 3-

- 2 -

1) is **STRICKEN**.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated:   December 17, 2020