AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-cv-13293 |
| INTERNATIONAL UNION, UAW | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

International Union, United Automobile Aerospace, and Agricultural Implement Workers of America.

Date: 02/11/2021

/s/ Eric S. Pruitt
*Attorney's signature*

Eric S. Pruitt, Bar No. 6275724 (Illinois)
*Printed name and bar number*

Cotsirilos, Tighe, Streicker, Poulos & Campbell, Ltd.
33 North Dearborn Street
Suite 600
Chicago, IL 60602
*Address*

epruitt@cotsiriloslaw.com
*E-mail address*

(312) 263-0345
*Telephone number*

(312) 263-4670
*FAX number*