UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff(s),

v.                                              Case No. 2:20-cv-13293-DML-RSW
                                                  Hon. David M. Lawson

International Union, United
Automobile, Aerospace, and
Agricultural Implement Workers
of America,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 767.  The following motion(s) are scheduled for hearing:

        Motion to Intervene – #12
        Motion – #13

- MOTION HEARING:  April 22, 2021 at 01:00 PM

**ADDITIONAL INFORMATION:**    If the Courthouse is not open, will be converted to a Zoom hearing.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/S. Pinkowski
                                                            Case Manager

Dated:  March 3, 2021