UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA,

    Defendant.

Case Number 20-13293
Honorable David M. Lawson

_____/

## ORDER GRANTING PROPOSED INTERVENORS' MOTION FOR LEAVE TO FILE EXHIBITS

This matter is before the Court on the proposed intervenors' motion for leave to file several exhibits comprising preserved electronic copies of hypertext resources that were cited by the parties in their briefing on the motion to intervene. The Court has considered the motion and finds that it should be granted.

Accordingly, it is **ORDERED** that the proposed intervenors' motion for leave to file exhibits (ECF No. 23) is **GRANTED**, and the exhibits attached to the motion for leave are deemed **FILED** as supplements to the briefing on the motion to intervene.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:  March 24, 2021