UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                     Case Number 20-13293

v.                                                   Honorable David M. Lawson

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA,

        Defendant.
_____/

## ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE*

This matter is before the Court on a motion by non-party Association for Union Democracy for leave to file a brief as *amicus curiae* in support of non-party Unite All Workers for Democracy's motion to intervene. No party has opposed the motion, and the time for doing so has passed. The Court therefore will grant the motion and allow the parties an opportunity to submit their concise rebuttals to the *amicus* presentation, if any they may have.

Accordingly, it is **ORDERED** that the motion for leave to file a brief as *amicus curiae* (ECF No. 25) is **GRANTED**, and the proposed *amicus* brief that was attached as an exhibit to the motion is deemed filed. If the parties want to file any rebuttals to the *amicus* presentation, then they may do so by filing supplemental opposition briefs **at or before noon on April 19, 2021**. The rebuttal briefs, if any, may not exceed five pages for each party. Further requests for cumulative briefing on the motion to intervene will not be entertained.

                                                                 s/David M. Lawson
                                                                 DAVID M. LAWSON
                                                                 United States District Judge

Date:  April 15, 2021