BARBARA HARVEY
ATTORNEY
8900 EAST JEFFERSON AVENUE, #511
(313) 779-9837
blmharvey@sbcglobal.net

May 10, 2021

Honorable David M. Lawson
United States District Judge
Theodore Levin U.S. Courthouse
231 West Lafayette Street, Room 775
Detroit, Michigan 48226
*Via email to:* susan_pinkowski@mied.uscourts.gov

    Re: *United States v. United Automobile Workers,* Civil No. 2-20-13293

Dear Judge Lawson:

    On behalf of *amicus* UAWD, I write to thank the Court for its courtesy in inviting the filing of an *amicus* brief addressing the Court's pending disposition of the Government's submission of its approved candidate for Monitor, from a list of candidates presented to it by the UAW. The UAWD will not be filing a brief addressing this pending action and submits this notice to assist in facilitating the pending disposition.

                                                 Very truly yours

                                                 /s/

                                            Barbara Harvey, Esq. (P25478)

cc:    All counsel of record