UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                        Case Number 20-13293

v.                                            Honorable David M. Lawson

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA,

                Defendant.

_____/

## <u>ORDER GRANTING JOINT MOTION TO APPROVE REFERENDUM RESULTS</u>

This matter is before the Court on a joint motion by the parties for an order approving the results of a recently concluded member referendum. The consent decree that was entered in this case required the UAW to conduct a member referendum on the question whether the method of electing officers of the union's International Executive Board (IEB) should be changed to a "one member, one vote" direct election rather than the previously employed convention-of-delegates mechanism. Paragraph 12 of the consent decree further specifies that "[i]f the membership of the UAW chooses the 'one member, one vote' principle through the referendum, the UAW Constitution shall be amended to incorporate that principle with respect to its IEB elections prior to the next IEB elections taking place at or following the next UAW Constitutional Convention in June 2022," and "[i]n such case, the Monitor will promptly confer with the UAW to draft language amending the UAW Constitution affirming the "one member, one vote" principle for inclusion in the UAW Constitution at the next UAW Constitutional Convention." Consent Decree, ECF No. 10, PageID.112.

In the present motion, the parties report that the membership of the union voted 63% in favor of changing to the "one member, one vote" method of direct election for union officers, with a minority of 37% voting to continue the current method of electing officers by a convention of delegates.  The motion was accompanied by an extensive report of the monitor's undertaking to ensure that the referendum was conducted in accordance with all applicable provisions of law and the specifications of the consent decree.  The government, the monitor, and the union jointly request that the Court endorse the results of the referendum and direct the union to proceed with implementing the change.  The Court has considered the record submitted by the parties and is satisfied that the election properly was conducted, and that the monitor's adequate supervision of the process provides sufficient assurance that the election results faithfully represent the desire of the union's members to alter the method of electing officers for the union's executive board.  The motion therefore will be granted.

Accordingly, it is **ORDERED** that the parties' joint motion to approve the referendum results (ECF No. 52) is **GRANTED**.  The results of the recently concluded member referendum in which the UAW's membership voted to alter the method of electing union officers hereby are **APPROVED** by the Court.

It is further **ORDERED** that the UAW Constitution shall be amended to incorporate the "one member, one vote" principle with respect to IEB elections prior to the next IEB elections taking place at or following the next UAW Constitutional Convention in June 2022.  The monitor shall confer promptly with the UAW to draft language amending the UAW Constitution affirming the "one member, one vote" principle for inclusion in the UAW Constitution at the next UAW Constitutional Convention.   The amendment of the UAW Constitution and all associated proceedings necessary to implement the change of election method shall be carried out according

to law and all applicable provisions of the consent decree, and the change of election methods must

be implemented fully **on or before June 30, 2022**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   January 31, 2022