UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,           Case Number 20-13293

v.           Honorable David M. Lawson

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA,

           Defendant.

_____/

**ORDER DIRECTING PARTIES AND THE MONITOR TO RESPOND**

On April 27, 2022, the Court received correspondence from James R. Coakley, who is a retired union member. The letter indicates that Mr. Coakley presented to the Monitor a challenge to the union's reading of its constitution as prohibiting any retired member from running for the office of President of the organization. After the Monitor agreed with the union's interpretation, Mr. Coakley appealed the dispute to a government adjudications officer, who affirmed the determination. Mr. Coakley now presents his challenge to the Court for judicial review of the determination pursuant to paragraph 48 of the consent decree. The Court construes the letter as a motion seeking relief from the Court under that provision of the consent decree. Having reviewed the motion, the Court finds that it warrants a response from the Monitor and the parties.

Accordingly, it is **ORDERED** that the parties and the Monitor severally shall file their responses to the motion for relief by non-party James R. Coakley. The responses must be filed **on or before May 24, 2022**. If the movant wants to file a reply in support of his motion, then he must

do so **on or before May 31, 2022**.

                                                         s/David M. Lawson  
                                                         DAVID M. LAWSON  
                                                         United States District Judge

Dated:   May 10, 2022