# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNATIONAL UNION, UNITED ) <br> AUTOMOBILE, AEROSPACE, AND ) <br> AGRICULTURAL IMPLEMENT ) <br> WORKERS OF AMERICA, ) <br> ) <br> Defendant. ) | Case No. 20-13293 <br> Honorable David M. Lawson |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2022, the foregoing Monitor's Response to Motion for Relief by Non-Party James R. Coakley and accompanying papers were served electronically on all counsel of record via the CM/ECF system. I further certify that I will mail by U.S. mail the Monitor's Response to Motion for Relief by Non-Party James R. Coakley and accompanying papers to the following non-ECF participant:

James R. Coakley
16954 Heather Lane
Clinton Township, MI 48038

/s/ Michael W. Ross
Michael W. Ross
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1600 (t)
(212) 891-1699 (f)
State Bar ID 4482501 (New York)
*Counsel for the Monitor*