## **Index of Exhibits**

| | |
|---|---|
| Exhibit A-1 | Results of March 1-4, 2023 Vote Count |
| Exhibit B-1 | Results of March 16, 2023 Vote Count |
| Exhibit C-1 | Results of March 25, 2023 Vote Count |
| Exhibit D-1 | Cumulative Results of Run-Off Election Vote Counts |