UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                         Case Number 20-13293

v.                                         Honorable David M. Lawson

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA,

        Defendant.
_____/

## ORDER GRANTING MOTION TO WITHDRAW

This matter is before the Court on a motion by attorneys Eric Shawn Pruitt and Terence H. Campbell for leave to withdraw their appearances as counsel of record for defendant UAW. The defendant is a labor union, which is recognized under federal law as a type of unincorporated association, *see Brown v. Fifth Jud. Dist. Drug Task Force*, 255 F.3d 475, 477 (8th Cir. 2001) ("A labor union . . . is an unincorporated association that can be sued under federal law." (citing *United Mine Workers v. Coronado Coal Co.*, 259 U.S. 344(1921)), and "[i]t is a longstanding rule that [c]orporations and other unincorporated associations must appear in court through an attorney," *D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973-74 (9th Cir. 2004). The Court notes that attorneys Abigail V. Carter and Richard F. Griffin, Jr. have entered appearances as counsel for the defendant, and they will continue to represent the defendant in this matter. Therefore, the motion by attorneys Pruitt and Campbell can be granted.

Accordingly, it is **ORDERED** that the motion to withdraw by attorneys Eric Shawn Pruitt and Terence H. Campbell (ECF No. 106) is **GRANTED**, their appearances as counsel of record

- 2 -

for the defendant are withdrawn, and they are discharged from any further obligation to the Court in this matter.

s/David M. Lawson<br>
DAVID M. LAWSON<br>
United States District Judge

Dated:   June 30, 2023