AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America )<br>*Plaintiff* )<br>v. )<br>International Union, UAW )<br>*Defendant* ) | Case No.   2:20-cv-13293-DML-RSW |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

International Union, United Automobile, Aerospace, and Agricultural Implement Workers of Ameirica   .

Date:   07/10/2023

*Attorney's signature*

Thomas J. Lamadrid, TL6969
*Printed name and bar number*

Eisner Dictor & Lamadrid, P.C.
39 Broadway, Suite 1540
New York, NY 10006

*Address*

thomas@eisnerdictor.com
*E-mail address*

(212) 473-8700
*Telephone number*

(212) 473-8705
*FAX number*