AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:20-cv-13293-DML-RSW |
| International Union, UAW | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America (UAW)

Date: 07/18/2023

*Attorney's signature*

Carlos F. Bermudez P62515
*Printed name and bar number*

8000 East Jefferson
Detroit, Michigan 48214

*Address*

cbermudez@uaw.net
*E-mail address*

(313) 926-5216
*Telephone number*

(313) 926-5240
*FAX number*