UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Case No. 20-cv-13293 | |
| | ) | | |
| INTERNATIONAL UNION, UNITED | ) | | |
| AUTOMOBILE, AEROSPACE, AND | ) | | |
| AGRICULTURAL IMPLEMENT WORKERS | ) | | |
| OF AMERICA, | ) | Hon. David M. Lawson | |
| | ) | | |
| Defendant. | ) | | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR UAW AND BRIEF IN SUPPORT**

Richard F. Griffin, Jr., counsel for Defendant International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America ("UAW"), respectfully moves the Court to enter an Order granting him leave to withdraw from the representation of Defendant UAW pursuant to this unopposed Motion. In support of this unopposed Motion, movant attorney states as follows:

1. Richard F. Griffin, Jr. entered an appearance in this case on behalf of Defendant UAW on December 1, 2022.

2. Mr. Griffin has been informed that UAW no longer wishes him to represent it in this matter.

3. As the UAW has counsel—Thomas Lamadrid and Carlos Bermudez—to represent it in the matter, allowing Mr. Griffin to withdraw will not prejudice the UAW; and granting this unopposed motion is in accord with the UAW's direction.

4. In accord with Local Rule 7.1, movant attorney Richard F. Griffin, Jr. has communicated with counsel for the Plaintiff as well as counsel for the Monitor in this matter, and neither has an objection to this Motion to Withdraw.

WHEREFORE, the movant attorney Richard F. Griffin, Jr. respectfully requests the Court grant this unopposed Motion and enter an Order granting his request to withdraw his appearance on behalf of the UAW in this case.

Respectfully submitted,

*/s/ Richard F. Griffin, Jr.*
Richard F. Griffin, Jr. (D.C. Bar # 358323)
Phone: (202) 842-2600
Email: rgriffin@bredhoff.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2023, the foregoing unopposed Motion for Leave to Withdraw as Counsel for UAW was electronically filed with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

*/s/ Richard F. Griffin, Jr.*
Richard F. Griffin, Jr. (D.C. Bar # 358323)
