# Index of Exhibits

| Exhibit | Description |
|---------|-------------|
| 1 | UAWD Facebook Post (Feb. 28, 2024) |
| 2 | The Detroit News Article (Feb. 29, 2024) |
| 3 | Letter from Monitor to UAW (Feb. 29, 2024) |
| 4 | Email from UAW to Monitor (Apr. 3 2024) |
| 5 | Email from Monitor to UAW (Apr. 9, 2024) |
| 6 | Email Exchange between Monitor and UAW (May 7-10, 2024) |
| 7 | Letter from UAW President to UAW Vice President (May 29, 2024) |
| 8 | Letter from UAW Vice President to UAW President (June 8, 2024) |
| 9 | Detroit Free Press Article (June 14, 2024) |
| 10 | Vice President's Article 33 Appeal to International Executive Board (June 27, 2024) |
| 11 | Letter from UAW President's Office to UAW Vice President's Counsel (June 28, 2024) |
| 12 | Letter from Monitor to UAW (July 3, 2024) |
| 13 | Memorandum from UAW President to All UAW Personnel (Aug. 23, 2023) |
| 14 | Memorandum from UAW President to All UAW Personnel (Dec. 6, 2023) |
| 15 | UAW Constitution Articles 7, 32-33 (2022) |