1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711                    JENNER & BLOCK LLP

July 3, 2024

Anthony S. Barkow
Tel +1 212 891 1662
ABarkow@jenner.com

Mr. William Karges
General Counsel
UAW International Union
8000 East Jefferson Avenue
Detroit, MI 48214

Dear Mr. Karges,

      On behalf of the Monitor, I write concerning the Monitor's investigation into allegations of financial misconduct against President Fain and Secretary-Treasurer Mock.[1] As you know, the Monitor recently expanded this investigation to include allegations advanced against President Fain by Vice President Boyer.[2] On May 29, 2024, President Fain sent a letter to Vice President Boyer explaining that the Stellantis Department would be removed from Vice President Boyer's oversight and reassigned to the President's Office on the grounds of "dereliction of duty" in connection with certain collective bargaining issues. On June 8, 2024, Vice President Boyer sent a letter to President Fain in response, denying all allegations of wrongdoing. Shortly after the Stellantis Department was removed from Vice President Boyer's oversight, the Monitor received allegations from multiple sources that the explanation in President Fain's May 29, 2024 letter was pretextual and false, and that President Fain removed Vice President Boyer's assignment as retaliation against him for, among other things, refusing to engage in acts of financial misconduct to benefit others. On June 27, 2024, Vice President Boyer filed an appeal with the UAW International Executive Board under Article 33 of the UAW Constitution regarding the removal of the Stellantis Department assignment from him, which included these same allegations.

      The Monitor has opened an investigation into these reported allegations to determine their veracity and whether they warrant remediation.

      Pursuant to the Consent Decree, the Monitor makes the requests for documents set forth below.

1.    All documents and communications concerning the statements made in President Fain's May 29, 2024 letter to Vice President Boyer.

---

[1] *See* Monitor's Ninth Status Report at 8-9.
[2] *Id*. at 9-10.

**July 3, 2024**
Page 2

2. All documents and communications concerning the statements made in Vice President Boyer's June 8, 2024 letter to President Fain.

3. All documents and communications concerning the statements made in Vice President Boyer's Article 33 Appeal to the International Executive Board, filed with the President's Office on June 27, 2024.

4. All documents and communications concerning any complaint or submission made to the Compliance Department, the UAW's Ethics Hotline, or any other reporting channel regarding an alleged incident in 2018 involving Harvey Hawkins.

For the avoidance of doubt, the request for "all documents and communications" in the foregoing requests includes emails, text messages, WhatsApp messages, any other forms of electronic messaging, and handwritten notes.

Further, our reference to "all documents and communications" in our February 29, 2024 document requests was also intended to include emails, text messages, WhatsApp messages, any other forms of electronic messaging, and handwritten notes, consistent with the plain meaning of those terms. To date, however, we have received extremely limited text messages, WhatsApp messages, and other forms of electronic messaging, and only limited handwritten notes in response to our February 29, 2024 requests, none of which were produced from President Fain. Please confirm that you will be producing text messages, WhatsApp messages, any other forms of electronic messaging, and handwritten notes in response to all of our requests.

\* \* \*

We ask for your prompt attention to these requests. To assist in facilitating the search for relevant documents, we will follow up under separate cover with a list of search terms, custodians, and date ranges that we would consider to be reasonably designed to identify responsive documents.

We are available to discuss this letter at your convenience.

Sincerely,

*Anthony S. Barkow*

Anthony S. Barkow

**July 3, 2024**
Page 3

cc: Neil Barofsky