## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA       CASE #: 20-CV-13293
         PLAINTIFF,

VS.                      HON. DAVID M. LAWSON

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA,
DEFENDANT.

### RESPONSE TO LETTER - ECF 136

Now comes the UAW by its attorney Harold Gurewitz and responds to ECF 136 which indicates that it is a "Letter from Benjamin Dictor."

While Mr. Dictor's name appears on page 9 of the filing, it is apparent that page, and ones that precede it, have been cut and pasted from some other document. The first page of the filing, which appears in the format of a letter, has no signature. The transmittal envelope is included in the filing and has no return address. Counsel has taken reasonable steps to investigate whether Mr. Dictor is the author of the "letter" and has concluded that he is not.

Defendant requests that ECF 136 should be corrected to indicate that it is an anonymous letter or, in the alternative, stricken from the record.

Respectfully submitted,

**GUREWITZ & RABEN, PLC**

By:    s/Harold Gurewitz
333 W. Fort Street, Suite 1400
Detroit, MI 48226
(313) 628-4733
Email: hgurewitz@grplc.com
Attorney Bar Number: P14468

Date:  July 23, 2024