## Index of Exhibits in Support of Motion

<u>Declaration of Margaret Mock</u>

| | |
|---|---|
| Mock Decl. Ex 1 | Mock Pre-Election Statement to UAW Members (Summer 2022) |
| Mock Decl. Ex. 2 | Monitor Letter to UAW re Investigation (February 29, 2024) |
| Mock Decl. Ex. 3 | Mock Ethical Practices Code Complaint (April 14, 2024) |
| Mock Decl. Ex. 4 | Abeyance Letter from UAW President's Office to counsel for Mock (April 16, 2024) |
| Mock Decl. Ex. 5 | Abeyance Letter from UAW President's Office to Mock (June 5, 2024) |
| Mock Dec. Ex. 6 | Abeyance Letter from UAW President's Office to counsel for Boyer (June 28, 2024) |
| Mock Decl. Ex. 7 | Abeyance Letter from UAW President's Office to Boyer (July 10, 2024) |

<u>Certificate of Service</u>