# Mock Declaration – Exhibit 1

## No concessions. No corruption. No tiers.

- ✓ **A fighting union we can be proud of again.**
- ✓ **Protect jobs and stand unified against plant closings.**
- ✓ **Negotiate higher wages and bring back COLA.**
- ✓ **Restore pensions for all.**
- ✓ **Win raises for retirees.**
- ✓ **Build solidarity by opposing racism and sexism.**



*Endorsed by UAWD, a caucus of UAW members building a reform movement for the long haul: uawd.org.*

## *Margaret Mock for Secretary-Treasurer*

I am an experienced financial officer and a fierce protector of the interests of UAW members. I currently work on the shop floor at Local 140 (Stellantis Warren Truck).

At Local 961, I was elected Treasurer, Financial Secretary, and Committeeperson for three terms, and served as Shop Chair. As a Health & Safety Rep, I fought hard for the membership, filing OSHA charges that placed the company into the Severe Violators Enforcement Program. As a result, corrupt union leaders removed me, claiming I needed to be friendlier with management. I refused to be bullied or compromise my integrity!

I am running because even after the exposure of a massive corruption scandal, we **still** do not have trustworthy leaders on the IEB.

According to the UAW Monitor's status report filed in July (*uawmonitor.com/reports*), my opponent used **$95,000 in UAW membership dues** to purchase 1,500 backpacks with his name and title on them. Meanwhile, the IEB is **still dragging its feet** on implementing the Monitor's recommendations for improving our financial compliance standards and controls.

*Vote by mail in October 2022*

As Secretary-Treasurer, I vow to:
- **Fully cooperate** with the Monitor in all investigations.
- **Fully implement** all of the Monitor's recommendations.
- Make the financial records of the International Union **transparent** to the membership.
- Enforce **strict bookkeeping** and **vendor protocols** within the International Union.
- Ensure that the membership receives **strike assistance** in a timely manner.

By working together as a **TEAM**, we can clean up our union and restore the trust of the membership!

Scan code or visit:
**uawmembers.org**



