# Mock Declaration – Exhibit 5





**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA – UAW**

8000 EAST JEFFERSON AVE.
DETROIT, MICHIGAN 48214
PHONE (313) 926-5000

SHAWN FAIN, *PRESIDENT*   •   MARGARET MOCK, *SECRETARY-TREASURER*
VICE-PRESIDENTS: CHUCK BROWNING  •  MIKE BOOTH  •  RICH BOYER

June 5, 2024

Margaret Mock, Member
UAW Local  Union 140 – Region 1
6689 Orchard Lake Road #239
West Bloomfield, MI 48322

Dear Sister Mock:

We are writing to inform you that this office has received your complaint alleging violations of UAW Ethical Practices Codes, democratic practices dated April 14, 2024 (received by the President's Office April 18, 2024). This matter will be held in abeyance, along with the other matters identified in my April 16, 2024, correspondence to Attorney Nicholson, pending the outcome of the Monitor's investigation into the same issues. Once the Monitor has completed his investigation, all the cases, as appropriate, will be processed and ruled upon by the International Executive Board in the first instance pursuant to the International Union, UAW Constitution.

Very truly yours,

William Parker
Top Administrative Assistant to the President

WP:kbn:das
opeiu494afl-cio
cc:      International Executive Board
         Public Review Board
         Bill Karges, General Counsel
         Michael Nicholson, Attorney