---

April 3, 2026

Neil M. Barofsky
Office of the UAW Monitor

Subject: Concerns Regarding Oversight, Responsiveness, and Use of Resources

Dear Monitor],

I am writing to formally express my concerns regarding the conduct and priorities of the Monitor's Office, particularly as they relate to the handling of member complaints and the use of substantial financial resources allocated to your role.

It has come to my attention—and to the attention of many members—that the Monitor's Office has been compensated approximately seven million dollars in 2025 to oversee and investigate matters within the UAW. Yet, despite this significant investment, the office appears to have focused almost exclusively on investigating a single individual while leaving numerous legitimate concerns at the local union level unaddressed.

Over an extended period, I have attempted to contact your office regarding issues that directly affect the integrity and fairness of local union operations. My phone calls and emails went unanswered, with the sole exception being a response questioning why I had contacted the judge overseeing the monitorship. This pattern of non-responsiveness is deeply troubling, especially given the importance of transparency and accountability in restoring trust within the union.

Members reasonably expect that one of the most highly regarded law firms in the country— entrusted with this monitorship—would demonstrate diligence, impartiality, and accessibility. The lack of engagement with legitimate member concerns undermines the very purpose of the monitorship and raises serious questions about whether the resources allocated are being used in a manner consistent with the mandate of oversight and reform.

I respectfully request clarification on the following:

1. Why member complaints at the local level have not been investigated, despite repeated attempts to bring them to your attention.
2. How the Monitor's Office intends to ensure fair, timely, and transparent communication with UAW members going forward.
3. How the substantial compensation for the monitorship aligns with the limited scope of action observed to date.


UAW members deserve a monitorship that is responsive, thorough, and committed to addressing issues wherever they arise—not only at the highest levels, but within local unions where members experience the union most directly.

I look forward to your written response and to a renewed commitment to the responsibilities entrusted to your office.

Sincerely,

Rick Michael
32003 Saint Margaret Street
Saint Clair Shores
Michigan 48082
586.272.4885

---