



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

INTERNATIONAL UNION, UNITED AUTOMOBILE,

AEROSPACE AND AGRICULTURAL IMPLEMENT

WORKERS OF AMERICA (UAW),

                Defendant.

_____/

SHARON BELL,

                Movant.

Case No. 20cv-13293

Hon. David M. Lawson

_____ _/EMERGENCY MOTION TO ENFORCE CONSENT DECREE AND FOR TEMPORARY RESTRAINING ORDER Movant Sharon Bell, proceeding pro se, respectfully moves this Court for an Emergency Temporary Restraining Order to enforce the Consent Decree in this matter, Docket 10, and to enjoin the Court-appointed Monitor and Defendant International Union, UAW from excluding Movant from the ballot for International Vice President in the 2026 UAW International Executive Board election.

## I. JURISDICTION

This Court retains jurisdiction to enforce the Consent Decree entered January 29, 2021. Docket 10. The Consent Decree provides for Court supervision of UAW elections to ensure they are free, fair, and democratic.

## II. FACTUAL BACKGROUND

Movant is a member in good standing of UAW Local 160. On June 17, 2026, Movant was duly nominated for the office of International Vice President. The Monitor subsequently refused to place Movant's name on the ballot, stating the matter was "not under jurisdiction." Exhibit D. Movant filed an Official Protest Form on June 22/23, 2026. Exhibit C. Ballots are scheduled to be printed and mailed in October 2026. Exhibit F.III. ARGUMENT

1

The Monitor's refusal to place Movant on the ballot violates Paragraph 10 of the Consent Decree, which requires the Monitor to ensure "free and fair" elections. Excluding a duly nominated candidate without cause constitutes a material breach. Immediate relief is required because once ballots are printed without Movant's name, the harm is irreparable.

IV. RELIEF REQUESTED

WHEREFORE, Movant respectfully requests that this Court:

A. Issue a Temporary Restraining Order directing the Monitor and UAW to immediately place Movant Sharon Bell's name on the ballot for International Vice President for the 2026 UAW International Executive Board election;

B. Enforce the Consent Decree and enjoin the Monitor and UAW from mailing ballots that exclude Movant;

C. Order such other relief as the Court deems just and proper.

Respectfully submitted this 9th day of July, 2026.

/s/ Sharon Bell

Sharon Bell, Movant Pro Se

1214 St. Clair Unit 56

Detroit, MI 48214

313-680-9800

sharonbellt@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2026, I served a true and correct copy of the foregoing Motion upon the following via the Court's ECF system and/or U.S. Mail and/or email:

Neil M. Barofsky
Independent Monitor
uawmonitor@jenner.com United States Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226

International Union, UAW
8000 East Jefferson Avenue
Detroit, MI 48214

/s/Sharon Bell

2