UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,                      Case Number 20-13293

v.                                        Honorable David M. Lawson

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA,

                    Defendant.

_____/

## <u>ORDER TO RESPOND TO EMERGENCY MOTION FOR<br>TEMPORARY RESTRAINING ORDER</u>

Before the Court is non-party Sharon Bell's emergency motion to enforce the consent decree and for a temporary restraining order. She alleges that she is a member of defendant UAW and has been excluded improperly from the ballot of a union election, in violation of the consent decree entered in this case. She asks the Court to order the UAW to include her name on the ballot and to enjoin the UAW (and the Court-appointed monitor) from mailing ballots that do not include her name. Although her motion is styled as one for a temporary restraining order, the movant does not appear to seek *ex parte* relief; a certificate of service indicates that the plaintiff, the defendant, and the Court-appointed monitor have been served with the motion papers.

The Court finds that the "immediate" relief requested by the movant is not warranted. The irreparable injury the motion seeks to avoid is exclusion from election ballots, but the motion also states that those ballots "are scheduled to be printed and mailed in October 2026." ECF No. 161, PageID.3443. Since the alleged harm will not occur for several months, the movant will not be prejudiced if the Court gives the other parties an opportunity to respond before ruling on the

- 2 -

motion.  The Court will therefore order both parties and the Court-appointed monitor to respond to the motion by July 24, 2026.

Additionally, the motion references several exhibits purportedly attached to the motion, but which have not been included in the filing.  The movant will be ordered to file the referenced exhibits on the docket.

Accordingly, it is **ORDERED** that the United States, the UAW, and independent monitor Neil M. Barofsky shall file responses to Sharon Bell's emergency motion (ECF No. 161) **on or before July 24, 2026**.

It is further **ORDERED** that Bell promptly shall file with the Court copies of all exhibits referenced in her motion.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   July 10, 2026