UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                        Case Number 20-13293

v.                                          Honorable David M. Lawson

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA,

                Defendant.

_____/

## **AMENDED ORDER TO RESPOND TO EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

The Court previously ordered the parties and the independent monitor to respond to nonparty Sharon Bell's emergency motion to enforce the consent decree and for a temporary restraining order. Based upon Bell's representation that ballots in the union election she calls into question were to be "printed and mailed in October 2026," ECF No. 161, PageID.3443, the Court found it appropriate to allow the parties to respond on or before July 24, 2026. However, an attorney for the independent monitor has notified the Court that the printing of ballots will start as early as the end of this month. The Court will therefore order the responding parties to file responsive briefing by July 15, 2026. As in the prior order regarding briefing, the Court also will require Bell to file with the Court copies of all exhibits referenced in her motion.

Accordingly, it is **ORDERED** that the United States, the UAW, and independent monitor Neil M. Barofsky shall file responses to Sharon Bell's emergency motion (ECF No. 161) **on or before July 15, 2026**.

- 2 -

It is further **ORDERED** that Bell promptly shall file with the Court copies of all exhibits referenced in her motion.

It is further **ORDERED** that this order supersedes the Court's order dated July 10, 2026 (ECF No. 162) to the extent that this later order is inconsistent with the earlier one.

s/David M. Lawson<br>
DAVID M. LAWSON<br>
United States District Judge

Dated:   July 13, 2026