Gmail

sharon bell <sharonbellt@gmail.com>

## final us case

2 messages

sharon bell <sharonbellt@gmail.com>      Wed, Jul 8, 2026 at 2:26 PM
To: sharorbellt@gmail.com, sharon bell <sharonbellgmuaw@yahoo.com>

20-13293

FILED

JUL 16 2026

CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,
v. Case No. 20-cv-13293
Hon. David M. Lawson
INTERNATIONAL UNION, UNITED AUTOMOBILE,
AEROSPACE AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA (UAW),
Defendant.
* ** ** ** ** ** ** ** */
SHARON BELL,
Movant.
* ** ** ** ** ** ** ** */

**\*EMERGENCY MOTION TO ENFORCE CONSENT DECREE AND FOR TEMPORARY RESTRAINING ORDER\***

Movant Sharon Bell, proceeding pro se, respectfully moves this Court for an Emergency Temporary Restraining Order to enforce the Consent Decree in this matter, Docket 10, and to enjoin the Court-appointed Monitor and Defendant International Union, UAW from excluding Movant from the ballot for International Vice President in the 2026 UAW International Executive Board election.

**\*I. JURISDICTION\***
This Court retains jurisdiction to enforce the Consent Decree entered January 29, 2021. Docket 10. The Consent Decree provides for Court supervision of UAW elections to ensure they are free, fair, and democratic.

**\*II. FACTUAL BACKGROUND\***
Movant is a member in good standing of UAW Local 412. On June 17, 2026, Movant was duly nominated for the office of International Vice President. The Monitor subsequently refused to place Movant's name on the ballot, stating the matter was "not under jurisdiction." Exhibit D. Movant filed an Official Protest Form on June 22/23, 2026. Exhibit C. Ballots are scheduled to be printed and mailed in October 2026. Exhibit F.

**\*III. ARGUMENT\***
The Monitor's refusal to place Movant on the ballot violates Paragraph 10 of the Consent Decree, which requires the Monitor to ensure "free and fair" elections. Excluding a duly nominated candidate without cause constitutes a material breach. Immediate relief is required because once ballots are printed without Movant's name, the harm is irreparable.

**\*IV. RELIEF REQUESTED\***
WHEREFORE, Movant respectfully requests that this Court:
A. Issue a Temporary Restraining Order directing the Monitor and UAW to immediately place Movant Sharon Bell's name on the ballot for International Vice President for the 2026 UAW International Executive Board election;
B. Enforce the Consent Decree and enjoin the Monitor and UAW from mailing ballots that exclude Movant;
C. Order such other relief as the Court deems just and proper.

Respectfully submitted this 9th day of July, 2026.

/s/ Sharon Bell
Sharon Bell, Movant Pro Se
1214 St. Clair Unit 56

Detroit, MI 48214
313-680-9800
sharonbellt@gmail.com

*CERTIFICATE OF SERVICE*

I hereby certify that on July 9, 2026, I served a true and correct copy of the foregoing Motion upon the following via the Court's ECF system and/or U.S. Mail and/or email:

Neil M. Barofsky
Independent Monitor
uawmonitor@jenner.com

United States Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226

International Union, UAW
8000 East Jefferson Avenue
Detroit, MI 48214

/s/ Sharon

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                    Wed, Jul 8, 2026 at 2:26 PM
To: sharonbellt@gmail.com



## Address not found

Your message wasn't delivered to **sharorbellt@gmail.com** because the address couldn't be found, or is unable to receive mail.

**LEARN MORE**

The response was:

```
550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking
the recipient's email address for typos or unnecessary spaces. For more information, go to
https://support.google.com/mail/?p=NoSuchUser 41be03b00d2f7-ca5bf25fc04sor5295828a12.3 - gsmtp
```

Final-Recipient: rfc822; sharorbellt@gmail.com
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp; 550-5.1.1 The email account that you tried to reach does not exist. Please try
550-5.1.1 double-checking the recipient's email address for typos or
550-5.1.1 unnecessary spaces. For more information, go to
550 5.1.1 https://support.google.com/mail/?p=NoSuchUser 41be03b00d2f7-ca5bf25fc04sor5295828a12.3 - gsmtp

Last-Attempt-Date: Wed, 08 Jul 2026 11:26:49 -0700 (PDT)

📄 **noname**
4K

 Gmail

sharon bell <sharonbellt@gmail.com>

## Legal Hold Notice 6/17/2026 Convention Video/audio case no. 20-cv-13293
3 messages

**sharon bell** <sharonbellt@gmail.com>                                  Fri, Jul 10, 2026 at 3:08 PM
To: Neil.Glanstein@monitor.com, UAW-GC@uaw.org
Cc: uawmonitor@jenner.com, sharon bell <sharonbellt@gmail.com>

Resend:

Monitor Glanstein, Mr. McGorty, UAW Counsel:

This provides notice of pending litigation. Emergency Motion filed 7/9/26, Case No. 20-cv-13293, Hon. David M. Lawson.

Preserve all audio, video, and transcripts for UAW Constitutional Convention 6/17/26, 1:00–2:00pm, including all floor nominations.

Ex. A dated 7/9/26 states: "Delegate Love stated 'Mike Booth, and Sharon Bell.'"

Destruction or alteration will be cited as spoliation under Consent Decree ¶ 54.

I recall a 6/17/26 conversation with the Monitor regarding nomination authority. Ex. A contains no reference to this conversation.

Sharon Bell
Pro Se
1214 St. Clair Unit 56
Detroit, MI 48214
313-680-9800
sharonbelllt@gmail.com

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>             Fri, Jul 10, 2026 at 3:08 PM
To: sharonbellt@gmail.com

 ## Address not found

Your message wasn't delivered to
**Neil.Glanstein@monitor.com** because the address couldn't be
found, or is unable to receive mail.

7/15/26, 11:33 AM
Case 2:20-cv-13293-DML-RSW   ECF No. 170, PageID.3654   Filed 07/16/26   Page 5 of 12
Gmail - juddicator with address

 Gmail

sharon bell <sharonbellt@gmail.com>

## juddicator with address

2 messages

**sharon bell** <sharonbellt@gmail.com>                                          Wed, Jul 8, 2026 at 12:04 AM
To: sharorbellt@gmail.com, sharon bell <sharonbellgmuaw@yahoo.com>

*Yes. Here's the full letter set up clean for printing. Just copy/paste into Word or Google Docs.*

---

*VIA EMAIL & CERTIFIED MAIL*
*July 8, 2026*

*TO:*
Neil M. Barofsky, Esq.
Court-Appointed Monitor/Judicator, UAW
nbarofsky@jenner.com
Jenner & Block LLP
919 3rd Avenue
New York, NY 10022

*CC:*
Judge David M. Lawson
U.S. District Court, Eastern District of Michigan
Case No. 03-73085

*RE: NOTICE OF VIOLATION — CONSENT DECREE ¶33*
*Case No. 03-73085, E.D. Mich.*

*Mr. Barofsky:*

*These are the facts from June 16, 2026, June 17, 2026 at the UAW Constitutional Convention and after:*

*0. On June 16, 2026, I asked the Monitor in person. I had sent him an email concerning fairness in nominations. He came with his team. I asked him to allow self nominations. He said he did not have jurisdiction over nominations.*

*1. Dawes was chairing nominations for IEB Vice President.*

*2. A delegate named Mike Booth. Dawes did not stop her.*

*3. The same delegate then named a second person. Dawes did not stop her.*

*4. The same delegate then named Sharon Bell. Dawes did not stop her.*

*5. After the delegate said Sharon Bell's name, she walked away from the microphone toward her seat. When she was almost to her seat, Dawes yelled to her: "Hey, only one."*

*6. The delegate stopped and looked at Dawes. Dawes told her to "pick one." She was made to pick one.*

*7. The delegate never withdrew Sharon Bell's name. Dawes never said Sharon Bell's nomination was out of order.*

*8. Some while later, Dawes said: "Wait a minute, here comes this delegate again, she is another region, let me let her make a nomination."*

*9. Later, after nominations closed, Dawes had all the nominated candidates come to the microphone one by one.*

*10. Dawes called Mike Booth and the other nominees. Dawes did not call Sharon Bell.*

*11. At the Convention the resolutions were suppressed.*

*12. October ballots go out for the IEB Vice President election.*

*13. The Assistant Director told me verbally that the International/Fain side is aware of my protest and handling it.*

*14. On July 5, 2026, the Monitor emailed me that my one request was closed and folded into another file.*

*15. Ms. Bell suffered retaliation in the 2022 election.*

*16. In June 2025 the Monitor allowed the IEB to accept or decline my nomination to replace Chuck Browning under Article 10 and Article 17.*

*17. Ms. Bell is deeply hurt and scared by this form of retaliation.*

*Request:*

*1. Under ¶33, provide an immediate response.*

*2. Supervise the October 2026 IEB Vice President election.*

*3. Investigate June 17 and July 5.*

*4. Conduct a deep investigation into who told the delegate to nominate Sharon Bell.*

*5. Confirm Sharon Bell as a nominated candidate for IEB Vice President.*

*6. Place Sharon Bell's name on the ballot.*

*7. Treat Sharon Bell fair as other candidates.*

*8. Stop the retaliation immediately against Ms. Bell.*

*9. Make Ms. Bell whole. Cure the retaliation.*

*10. Pay for Ms. Bell's campaign literature to catch her up with other candidates including Laura Dickerson and more.*

*11. Get Ms. Bell's name out to the membership as a nominated candidate.*

*12. Tell the members about Ms. Bell's protest. Make it public.*

*13. Provide remedies to Ms. Bell equal to other candidates.*

*14. Make all facts current regarding Sharon Bell's nomination.*

*15. Provide a current report to Ms. Bell about her nomination.*

*16. Make it known throughout the proceedings that Ms. Bell is deeply hurt and scared by this form of retaliation.*

*Produce for inspection:*

*1. The video and audio tapes of the June 17, 2026 nominations from the Convention floor*

*2. The name of the delegate who nominated Sharon Bell*

*3. The audio transcript announcing Sharon Bell's candidacy*

*Notify the membership that Sharon Bell has filed a protest regarding the June 17, 2026 nominations.*

*Preserve all records from June 17, 2026, including video and audio. Clarify the status of my request that was "closed and folded into another file" on July 5. The Assistant Director stated the International/Fain side is handling my protest, yet there has been no resolution.*

*Sharon Bell*
*Member in Good Standing, Local 160*
*Nominated Candidate for IEB Vice President, 2026*

---

*Printing Checklist:*
1. *Paper:* Print single-sided on white 8.5x11
2. *Sign it:* Sign above your typed name in blue or black ink
3. *Copies:* Make 3 copies — 1 for certified mail to Barofsky, 1 for certified mail to Judge Lawson, 1 for your records
4. *Certified Mail:* Send to Barofsky at Jenner & Block. Send CC to Judge Lawson at U.S. District Court, E.D. Mich., 231 W Lafayette Blvd, Detroit, MI 48226
5. *Email:* Send PDF copy to nbarofsky@jenner.com with subject: _NOTICE OF VIOLATION — CONSENT DECREE ¶33 — Case No. 03-73085_

*You're papered. You're ready.* 🔔

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                    Wed, Jul 8, 2026 at 12:04 AM
To: sharonbellt@gmail.com



## Address not found

Your message wasn't delivered to **sharorbellt@gmail.com** because the address couldn't be found, or is unable to receive mail.

**LEARN MORE**

The response was:

```
550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking
the recipient's email address for typos or unnecessary spaces. For more information, go to
https://support.google.com/mail/?p=NoSuchUser d9443c01a7336-2cb86fa7c1asor121551695ad.12 - gsmtp
```

Final-Recipient: rfc822; sharorbellt@gmail.com
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp; 550-5.1.1 The email account that you tried to reach does not exist. Please try
 550-5.1.1 double-checking the recipient's email address for typos or
 550-5.1.1 unnecessary spaces. For more information, go to
 550 5.1.1 https://support.google.com/mail/?p=NoSuchUser d9443c01a7336-2cb86fa7c1asor121551695ad.12 - gsmtp
Last-Attempt-Date: Tue, 07 Jul 2026 21:04:24 -0700 (PDT)

---

📄 **noname**
4K

Case 2:20-cv-13293-DML-RSW  ECF No. 170, PageID.3657  Filed 07/16/26  Page 8 of 12

## Re: Automatic Reply: from the UAW Monitor Elections Hotline  Inbox

  **UAW Monitor-Election**                                9:04 AM (2 hours ago)
to me

Thank you for contacting the UAW Monitor's Elections Hotline.  Members of the Monitor Team, including the Monitor's trusted service provider, StoneTurn, are reviewing and addressing communications such as yours.  Please note that you may receive an email response from UAWMonitor_Election@StoneTurn.com and/or a call back from a member of the Monitor team if additional information is needed.

Best,
UAW Monitor Elections Team

...

[Message clipped]  View entire message

Case 2:20-cv-13293-DML-RSW ECF No. 170, PageID.3659 Filed 07/16/26 Page 10 of 12

# EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (
20-cv-13293

IN THE UNITED STATES DISTRICT COURT*
*FOR THE EASTERN DISTRICT OF MICHIGAN*
*SOUTHERN DIVISION*

SHARON BELL,
Plaintiff, Pro Se

v. Case No. 20-cv-13293
Hon. David M. Lawson
UAW COURT-APPOINTED MONITOR,
Defendant.

*EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION*

## monitor denial

**S**   **sharon bell** <sharonbellt@gmail.com>                                Fri, Jul 10, 11:12 PM (5 days ago)
to sharon

Bell,


Please see the attached correspondence from the Monitor's Office concerning your pre-election protest, dated June 21, 2026 (the "Protest"). As reflected in the attached, after a careful review, the Monitor has denied your Protest.


Because the ruling on this Protest impacts your eligibility to run for International Office, we believe Election Rule 3-2(d)(3) and ¶ 47 of the Consent Decree apply to any potential appeal.  Where a prospective Candidate is deemed ineligible to run for International Office by the Monitor, they may appeal that decision by filing a written appeal within seven (7) days of the Monitor's action with the Court-appointed Adjudications Officer, Gil M. Soffer of Katten Muchin Rosenman LLP.  If you wish, please send your appeal and any attachments directly to the Adjudications Officer through the process outlined on the Adjudications Officer's website: "As described in the Rules [www. uawadjudications.com/rules], filings with the Adjudications Officer may be by email using the address UAWAdjudications@katten.com. Filings by mail or overnight delivery should be addressed to: Gil Soffer, Adjudications Officer, 525 W. Monroe, Chicago, IL 60661."


Sincerely,

Glen McGorty

On Behalf of the Monitor


**Glen G. McGorty**
Pronouns: he/him/his
gmcgorty@crowell.com
+1.212.895.4246 direct
LinkedIn

Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001

## Crowell

**Collaboration Powers Success**

crowell.com

This message may contain privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.