IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN


UNITED STATES OF AMERICA, Plaintiff,

v.

INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND

AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, Defendant.


Case No. 20-cv-13293-DML-RSW

Hon. David M. Lawson


SHARON BELL'S REPLY IN SUPPORT OF MOTION FOR TEMPORARY

RESTRAINING ORDER (ECF No. 161)*


Sharon Bell respectfully submits this Reply to the Responsive by the Parties for

Temporary Restraining Order, ECF No. 161, concerning whether Bell must be

included on the ballot for the 2026 International Officer Election.


My official signed protest is already on file at ECF No. 164-2, PageID.3477-3478,

Filed 07/15/26 – 2026 UAW International Officer Election Protest Form dated

1

June 21, 2026. I incorporate it here by reference. On that form I formally accepted my nomination for UAW International Vice President (IEB).

1. Plaintiff Exhausted and Acted Timely

On June 20, 2026, Plaintiff submitted a formal pre-election protest via email to the Monitor, see Exhibit B, and on June 21, 2026, via formal protest form, see ECF No. 164-2. After receiving the Monitor's denial, Bell followed Section 9 of the Official Rules and sought review before the Court-appointed Adjudications Officer on July 14, 2026, via email. It is true this route was taken after the Motion for Temporary Restraining Order was filed, but it was still timely. The TRO preceded the request for review because of the election's time-sensitive nature and upcoming printing of ballots. Plaintiff would have been left without relief and without being placed on the ballot.

2. The Nomination Complied With Rules*

The evidence presented by the Monitor shows Bell secured a nomination as required to appear on the ballot and is eligible to run for International Vice President.

2

She was nominated by a seated delegate, Amber Love, in accordance with convention rules. Delegate Love was recognized by Chair Dawes and stated her name and local union number before speaking.

Delegate Love nominated four candidates within the 5-minute limit. Afterward, Chair Steve Dawes stated that Delegate Love could "only nominate one person." This ruling was incorrect because no such rule was adopted by the Convention, part of the Official Rules, or discussed during the nomination process.

Robert's Rules § 46:6 allows a Delegate to nominate as many persons as there are positions to fill. Although Delegate Love nominated four candidates for the three open Vice President positions, three of her nominations were proper: Keisha Richardson, Robert Wright, and Sharon Bell. Mike Booth's nomination was improper because, at that point, he had already exceeded the two-nomination limit before Delegate Love was recognized.

3. Bias and Irreparable Harm

It is noteworthy that none of the nominees were members of Chair Steve Dawes'

political caucus, UAW Members United, or of the slate he openly supports, United UAW. It would be advantageous for Sharon Bell not to be nominated, given that she received over 28,000 votes in the last election and finished fourth in the Vice President race. She posed a threat to the caucus.

I request that the court also examine Chair Dawes's bias during the Convention Proceedings. Despite emphasizing that time constraints were important, he permitted multiple nominations—exceeding two per candidate—for his caucus members, President Shawn Fain and Laura Dickerson. Additionally, he cut off an opposing candidate just two minutes into a five-minute speech because the candidate's self-nomination as a delegate conflicted with one of Dawes's caucus members.

Given the time constraints, it was practical for Delegate Love to nominate the three candidates at once, since there were three openings. Rather than ranking her nominations and directing Delegate Love to choose the first one, Dawes's instruction should have been that Mike Booth has reached his maximum and accepted the three nominations. Requiring a person to nominate three vice presidents, one at a time after exhausting nine regions, was not only impractical but also out of order.

4

All of the aforementioned factors deprived her of a fair chance to be nominated.

Respectfully submitted,

Sharon Bell, Pro Se

Local 160, Detroit, MI

EXHIBIT B – Email Chain June 18-20, 2026, from Glen McGorty and June 20, 2026 Protest Email to Monitor Dear UAW Monitor -Elections

This email is a Formal Protest & Appeal - June 17, 2026, Nomination Interference for UAW Vice President + 15 -year Pattern of Retaliation: regarding wrongful nullification and failure to call me to accept my nomination; Accept my nomination for International Vice President. Finally, I am deeply hurt by this continuous retaliation ongoing without ceasing; my heart is hurting inside. I deserve immediate attention, for the convention is over on June 19, 2026

My complete protest and appeal are attached to this email

Sharon Bell

Detroit, MI. 48214

313-680-9800; sharonbellt@gmail.com

 I am Requesting Receipt

 June 18, 2026


 UAW Constitutional Convention Appeals Committee (2026 Convention).

UAW Convention Chair

UAW Secretary-Treasurer- Margaret Mock

UAW President Shawn Fain

Director Steve Dawes, Region 1D

 UAW International Monitor Neil Barofsky

 Members/Delegates Present*

RE: FORMAL PROTEST & APPEAL - June 17, 2026 Nomination Interference for UAW Vice President + 15-Year Pattern of Retaliation: regarding wrongful nullification and failure to call me to accept my nomination; I accept my nomination to International Vice President

Chair and Committee:

I respectfully protest the improper interference and retaliation with my nomination for UAW Vice President on June 17, 2026, and I appeal for immediate investigation and remedy. The Convention tape will show I was nominated. This is election interference.

1. Facts of Interference:

On June 17, 2026, during nominations for UAW Vice President, I was properly nominated from the floor by a delegate. The Convention tape will show: Delegate states Sharon Bell, Ms. Bell. The delegate was recognized by the chair, and she nominated (person 1), (person 2), and (Sharon Bell, Ms. Bell). Amy Bromsen told the UAW Monitor that she heard the delegate nominate me also. Amy indicated Director Dawes is known for his racial biases. The UAW Monitor nodded with a look of okay I see (This conversation took place on June 17, 2026, outside the regional room 430A

2. Election Interference Under UAW Constitution: *

UAW Constitution Article 40 gives members right to nominate and accept nomination. Removing a nomination after delegate states name, before acceptance, violates member rights. Interference by Director Dawes' associate violates Article

7

2 fair election rights. This is direct election interference at the highest level of UAW Convention.

3. Timeline & Witnesses:

June 16, 2026: I met with UAW Monitor - Election to discuss ongoing violations. June 17, 2026: During VP nominations, delegate nominates me. election interference and delegates saying they did not want to get in trouble for nominating me. Witnesses: Delegate who nominated me, and Tamika who was going to nominate me (Tamika is going to give me a statement) Members/Delegates present, Convention tape/audio5. History of Retaliation by Director Steve Dawes, Region 1D.

4. My committeeman who was Tracy told me "everything is time barred." Tracy is now my President. I was originally wrongfully transferred from Willow Run Transmission. They closed in 2011, violated my transfer request and seniority, and in 2011 sent me to my current plant as temporary for almost 3 months. then they wrongfully sent me to Flint 2011 Flint Assembly Plant Local 598 Region 1D Steve Dawes.

Steve Dawes Region kept me there knowing my transfer was wrong. In 2022, while Director of Region 1D, Steve Dawes approved my improper transfer 70

miles from Detroit home to Flint Assembly Plant Local 598 for approximately 6 years. Flint Assembly Plant is in his region. Director Dawes accepted me knowing I was being violated and discriminated against me for my protected rights he violated by keeping me at Flint Assembly Plant Local 598.

I filed EEOC cases and at least 14 appeals with the UAW monitor about discrimination harassment and labor National relations board and EEOC they contacted me within last 8 months or so regarding these charges. I thought I would have to subjected Steve Dawes retaliatory and unfair treatment again.

6. 2022 IEB Election Retaliation + Monitor Notice: *

In 2022 when I ran for IEB under One Member One Vote as an independent, I received *28,000 votes*. While running I filed EEOC charge on Flint to send me home because Flint was retaliating/keeping me in Flint wrongful. I included the Monitor because I told him Flint was retaliating. EEOC forced UAW Local 598 and Region 1D to return me to Detroit. I was planning to run against Director Dawes in Region 1D in a special election.

 This June 17, 2026 interference continues pattern of retaliation by same Director who approved my improper Flint transfer.

I Requested Relief on:

1. Immediate investigation of June 17 nomination interference using Convention tape/audio

2. Identification of unidentified of the delegate who nominated me and Mick Booth

3. Reinstatement of my nomination for UAW Vice President and opportunity to accept/second per Constitution

4. Investigation of 15-year pattern of retaliation by Director Steve Dawes from Willow Run 2011 through Flint 598 to Convention 2026

5. All other relief the Committee deems just

I request a signed receipt of this filing. I am available to testify and identify witnesses.

Respectfully,

Dear UAW Monitor -Elections

This is email is a Formal Protest & Appeal - June 17, 2026, Nomination Interference for UAW Vice President + 15 -year Pattern of Retaliation: regarding wrongful nullification and failure to call me to accept my nomination; Accept my nomination for International Vice President. Finally, I am deeply hurt by this

continuous retaliation ongoing without ceasing, my heart is hurting inside I deserve immediate attention for the convention is over on June 19, 2026

My complete protest and appeal are attached to this Emal

Sharon Bell

Sharon Bell

Detroit, MI. 48214

313-680-9800; sharonbellt@gmail.com

 I am requesting a receipt

 June 18, 2026

 UAW Constitutional Convention Appeals Committee (2026 Convention).

UAW Convention Chair

UAW Secretary-Treasurer- Margaret Mock

UAW President Shawn Fain

Director Steve Dawes, Region 1D

 UAW International Monitor Neil Barofsky

 Members/Delegates Present*

11

RE: FORMAL PROTEST & APPEAL - June 17, 2026, Nomination Interference for UAW Vice President + 15-Year Pattern of Retaliation: regarding wrongful nullification and failure to call me to accept my nomination; I accept my nomination to International Vice President

Chair and Committee:

I respectfully protest the improper interference and retaliation with my nomination for UAW Vice President on June 17, 2026, and I appeal for immediate investigation and remedy. The Convention tape will show I was nominated. This is election interference.

1. Facts of Interference:

On June 17, 2026, during nominations for UAW Vice President, I was properly nominated from the floor by a delegate. The Convention tape will show: Delegate states Sharon Bell Ms. Bell. The delegate was recognized by the chair and she nominated (person 1); (person 2) and (Sharon Bell. Ms. Bell) Amy Bromsen told the UAW Monitor that she heard the delegate nominate me also Amy indicated Director Dawes is known for is racial biases. The UAW Monitor nodded with a look of okay I see (This conversation place on June 17, 2026 outside the regional room 430A

2. Election Interference Under UAW Constitution: *

UAW Constitution Article 40 gives members right to nominate and accept nomination. Removing a nomination after delegate states name, before acceptance, violates member rights. Interference by Director Dawes' associate violates Article 2 fair election rights. This is direct election interference at the highest level of UAW Convention.

3. Timeline & Witnesses:

June 16, 2026: I met with UAW Monitor - Election to discuss ongoing violations. June 17, 2026: During VP nominations, delegate nominates me. election interference and delegates saying they did not want to get in trouble for nominating me. Witnesses: Delegate who nominated me, and Tamika who was going to nominate me (Tamika is going to give me a statement) Members/Delegates present, Convention tape/audio5. History of Retaliation by Director Steve Dawes, Region 1D.

4. My committeeman who was Tracy told me "everything is time barred." Tracy is now my President. I was originally wrongfully transferred from Willow Run Transmission. They closed in 2011, violated my transfer request and seniority, and in 2011 sent me to my current plant as temporary for almost 3 months. then they

wrongfully sent me to Flint 2011 Flint Assembly Plant Local 598 Region 1D Steve Dawes.

Steve Dawes Region kept me there knowing my transfer was wrong. In 2022, while Director of Region 1D, Steve Dawes approved my improper transfer 70 miles from Detroit home to Flint Assembly Plant Local 598 for approximately 6 years. Flint Assembly Plant is in his region. Director Dawes accepted me knowing I was being violated and discriminated against me for my protected rights he violated by keeping me at Flint Assembly Plant Local 598.

I filed EEOC cases, and at least 14 appeals with the UAW monitor about discrimination, harassment, and labor-national relations board and EEOC; they contacted me within the last 8 months or so regarding these charges. I thought I would have to be subjected to Steve Dawes' retaliatory and unfair treatment again.

6. 2022 IEB Election Retaliation + Monitor Notice: *

In 2022 when I ran for IEB under One Member One Vote as an independent, I received *28,000 votes*. While running, I filed an EEOC charge against Flint to send me home because Flint was retaliating/keeping me in Flint wrongful. I included the Monitor because I told him Flint was retaliating. EEOC forced UAW

Local 598 and Region 1D to return me to Detroit. I was planning to run against Director Dawes in Region 1D in a special election.

This June 17, 2026, interference continues the pattern of retaliation by the same Director who approved my improper Flint transfer.

I Requested Relief on:

1. Immediate investigation of June 17 nomination interference using Convention tape/audio

2. Identification of the unidentified delegate who nominated me and Mick Booth

3. Reinstatement of my nomination for UAW Vice President and opportunity to accept/second per Constitution

4. Investigation of 15-year pattern of retaliation by Director Steve Dawes from Willow Run 2011 through Flint 598 to Convention 2026

5. All other relief the Committee deems just

I request a signed receipt of this filing. I am available to testify and identify witnesses.

Respectfully,

15

Sharon Bell

*Attachments: * 5 emails dated June 17, 2026

[Paste your email chain here]

---