**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA,<br><br>Defendant. | ) | Case No. 20-13293<br>Honorable David M. Lawson |

**MONITOR'S SEVENTEENTH STATUS REPORT**

Pursuant to Paragraph 58 of the Consent Decree (Dkt. No. 10), the Court-appointed Monitor, Neil M. Barofsky, respectfully submits to the Court this seventeenth status report ("Seventeenth Report") concerning the monitorship of the International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America (the "Union" or the "UAW").

* * *

The Monitor is filing this status report with the Court to provide an update on the results of the UAW's second direct election of its International Officers (the "2026 UAW International Officer Election" or the "2026 Election"). The Official Rules for the 2026 UAW International Officer Election (the "2026 Election Rules") require that the Monitor announce the "unofficial" results of the 2026 Election upon completion of the vote count.[1] That count was completed on Friday, October 9, 2026, and the unofficial results are summarized below and attached hereto as Exhibit A.

At a later date, and following the process set forth in the Election Rules, the Monitor will certify and report the official results of the 2026 Election, after any 2026 Election-related protests and appeals have been resolved. In addition, the Monitor will also report with more detail on the 2026 Election, including the Monitor's oversight of the nomination process and investigations regarding alleged Election Rules violations.

**Background Concerning the Reported Results**

Pursuant to the Consent Decree in this case, the Monitor is responsible for overseeing the direct election of the UAW's International Executive Board ("IEB"), including, "in consultation

[1] 2026 Election Rules, *United States v. Int'l Union, United Auto., Aerospace & Agric. Implement Workers of Am.* (May 22, 2026), Civ. No. 20-cv-13293, ECF No. 159-1, Rule 2-14 ("2026 Election Rules") ("When the counting of ballots is complete, the unofficial 2026 Election results will be announced to all Candidates and Observers present and will be posted on the Monitor's and the UAW's websites as soon as is practicable. Announcement of the unofficial 2026 Election results does not constitute certification, which is required before the results are official.").

with the UAW," the development of "all election rules and methods for the election of members of the IEB during the period of oversight."[2] Pursuant to that directive, the Monitor consulted with the Union about updating the Election Rules that governed the 2022 UAW International Officer Election (the "2022 Election") and 2023 UAW International Officer Run-Off Election (the "2023 Run-Off Election" and collectively, the "2022/23 Elections") and issued the Election Rules for the 2026 Election on May 15, 2026, which were published on the Monitor's website.[3] The Monitor's Fifteenth Status Report also attaches the 2026 Election Rules as an exhibit and discusses the development of these Election Rules and key changes from the previously adopted rules for the 2022/23 Elections.[4]

The mailing of the ballots for the 2026 Election began on August 17, 2026. To be counted, ballots were required to be received by the designated U.S. postal facility in Chicago, Illinois by closing time on October 5, 2026.[5] In total, over 1,450,000 ballots were mailed, and 118,518 individuals returned a ballot by the deadline. The vote count was conducted in a secure facility in Rosemont, Illinois from October 6, 2026, through October 9, 2026.[6]

The Election Rules provide that, upon completion of the vote count, the Monitor will announce the "unofficial" results of the 2026 Election for any race in which a Candidate received a majority of the vote.[7] Announcement of the unofficial election results does not constitute

---

[2] *See* Consent Decree, *United States v. Int'l Union, United Auto., Aerospace & Agric. Implement Workers of Am.* (Jan. 29, 2021), Civil No. 20-cv-13293, ECF No. 10, ¶ 13 ("Consent Decree").

[3] The Monitor's website for elections-related matters is www.uawmonitor.com/elections.

[4] *See* Monitor's Fifteenth Status Report, *United States v. Int'l Union, United Auto., Aerospace & Agric. Implement Workers of Am.* (May 22, 2026), Civil No. 20-cv-13293, ECF No. 159 ("Fifteenth Status Report").

[5] *See* 2026 Election Rules, Rules 2-3, 2-9.

[6] *See* 2026 Election Rules, Rule 2-11. At the conclusion of the vote count, a number of challenged ballots remained unresolved or uncounted. The Monitor has confirmed that the number of such ballots is insufficient to affect the outcome of any race, including whether any Candidate received a majority of the vote. These ballots will be addressed in the Monitor's subsequent report on the 2026 Election.

[7] 2026 Election Rules, Rule 2-14.

certification of the outcome.[8] Instead, the Monitor will issue final certification of the results after any 2026 Election-related protests and appeals have been resolved.[9] In the event that the Monitor later determines that the results of one or more races should not be certified, based on a protest or otherwise, the Monitor may take remedial action, including "ordering the rerun of any nomination or election, or any portion thereof[.]"[10]

The Consent Decree does not require the Department of Labor's Office of Labor-Management Standards ("OLMS") or the Court to approve the results of the 2026 Election. Instead, if the Monitor determines that any protested behavior constituted a violation of the Labor Management Reporting and Disclosure Act ("LMRDA") that impacted the outcome of the 2026 Election, the Monitor may decline to certify one or more races and direct a re-run.[11] If, however, the Monitor determines any protest to be without merit, then the complainant, having exhausted their internal remedies, may file a complaint with the Department of Labor under Title IV of the LMRDA, which can consider whether remedial action is appropriate.[12]

Notwithstanding the potential for those post-election remedial procedures, under the UAW Constitution, the Election Rules, and Section 402(a) of the LMRDA, the individuals who were elected pursuant to the unofficial results will be sworn in to office by October 20, 2026.[13]

---

[8] 2026 Election Rules, Rule 2-14.

[9] 2026 Election Rules, Rule 2-15.

[10] 2026 Election Rules, Rule 9-4(u); *see also* 2026 Election Rules, Rule 9-7.

[11] *See* 2026 Election Rules, Rules 9-4(u), 9-7.

[12] 29 U.S.C. § 482; *see also* 2026 Election Rules, Rule 9-5 ("An aggrieved member can always seek redress with the Secretary of Labor and OLMS if they believe a violation of the LMRDA occurred, as long as they have exhausted the 'internal' remedies of filing a complaint/protest with the Monitor.").

[13] UAW Const., art. 10, §16 ("Incoming elective officers of the International Union shall be obligated and installed within seven (7) days of the announcement of the election results by the Court-appointed Monitor."); 2026 Election Rules, Rule 2-16 ("[N]ewly elected UAW International Officers shall be installed within seven (7) days of the announcement of the unofficial 2026 Election results, irrespective of the final certification of the 2026 Election."); 29 U.S.C. § 482(a) ("[A] challenged election shall be presumed valid pending a final decision thereon (as hereinafter provided) and in the interim the affairs of the organization shall be conducted by the officers elected or in such other manner as its constitution and bylaws may provide.").

**The Elected Officers**

The Monitor oversaw the tabulation of votes received by the prescribed deadline, as well as the preparation of a document listing the vote count tally for each race. That vote count tally document, attached as Exhibit A to this Report, was generated by the tabulation machines used at the vote count site and reflects the compilation of the vote count for all Regions. The vote count tally document also breaks down the results by Local Union.[14]

As reflected in Exhibit A, the following International Officers were elected:

| **Office** | **Winner** |
|---|---|
| International President | Shawn Fain |
| International Secretary-Treasurer | Brandon Campbell |
| International Vice President | Laura Dickerson |
| International Vice President | Kevin Gotinsky |
| International Vice President | Ryan Hiestand |
| Region 1 Director | LaShawn English |
| Region 1A Director (uncontested) | Mark DePaoli |
| Region 1D Director | Scott Zuckschwerdt |
| Region 2B Director | Dave Green |
| Region 4 Director | Lucas DeSpain |
| Region 6 Director (uncontested) | Mike Miller |
| Region 8 Director (uncontested) | Tim Smith |
| Region 9 Director | Jimmy Lakeman |
| Region 9A Director (uncontested) | Brandon Mancilla |

[14] *See* 29 U.S.C. § 481(e). Within each Region, certain ballots were reported in a combined category designated "8683," rather than separately by Local Union. To help protect the anonymity of members' votes, this category includes ballots cast by members of Local Unions that (1) had 100 or fewer potentially eligible members when the groupings used to tabulate ballots were established, before turnout was known, or (2) had fewer than 20 eligible members cast ballots. The category also includes ballots that could not be included in a separately reported Local Union tally because of timing, namely ballots cast by members whose eligibility was confirmed after their Local Union's votes had been tabulated, and by members of Local Unions or units identified after the tabulation groupings were established.

**No Run-Off Election**

Under the UAW Constitution and the 2026 Election Rules, a Candidate must receive a majority of the vote to be elected; for any race in which no Candidate does so, a run-off election by mail is held between the top vote-getters.[15] In anticipation of that possibility, the 2026 Election Rules provided that any Run-Off Election ballots would be mailed in December 2026 and counted in February 2027.[16] However, because a Candidate received a majority of the vote in each race in the 2026 Election, no Run-Off Election will be required, and all International Officer positions have been filled as reflected above.

* * *

Pursuant to Paragraph 58 of the Consent Decree, the foregoing Report constitutes the seventeenth report of the Monitor, Neil M. Barofsky.

**Date: October 13, 2026**

Neil M. Barofsky, Monitor

*Respectfully filed with the Court on behalf of the Monitor by counsel to the Monitor,*

/s/ Michael W. Ross
Michael W. Ross
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, New York 10036
(212) 891-1600 (t)
(212) 891-1699 (f)

[15] Election Rules at 4-5; Election Rules, Rule 2-17.
[16] Election Rules at 5.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2026, the foregoing Report was served electronically on all counsel of record via the CM/ECF system. In addition, pursuant to Paragraph 58 of the Consent Decree, the foregoing Report was served on consent by electronic mail upon the United States, the UAW's International President, the International Executive Board, and designated counsel for UAW.

/s/ Michael W. Ross
Michael W. Ross